# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| DEANDRE HOUSTON, Individually, and on behalf of himself and other similarly situated current and former employees, <br><br> Plaintiff, <br><br> v. <br><br> WATCHMAN SECURITY, LLC, <br><br> Defendant. | ) ) ) ) ) ) ) Case No. 2:23-cv-02153-JPM-cgc ) ) ) ) ) ) |

## ORDER OF DISMISSAL

Before the Court is the Notice of Voluntary Dismissal filed by Plaintiff Deandre Houston on September 11, 2023. (ECF No. 9.) Plaintiff notifies the Court of his voluntary dismissal of the action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Id.) Defendant has yet to make an appearance in the case. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED**, this 11th day of September, 2023.

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE