# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| DEANDRE HOUSTON, Individually, and on behalf of himself and other similarly situated current and former employees, </br></br>Plaintiff,</br></br>v.</br></br>WATCHMAN SECURITY, LLC,</br></br>Defendant. | Case No. 2:23-cv-02153-JPM-cgc |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on the Plaintiff's Voluntary Stipulation of Dismissal Without Prejudice, filed on September 11, 2023 (ECF No. 9), and the Court having entered an Order of Dismissal (ECF No. 10),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal, this action is hereby **DISMISSED WITHOUT PREJUDICE.**

**APPROVED:**

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

September 11, 2023
Date